## United States Bankruptcy Court
### Western District of Missouri

In re   **Michelle Lee Biswell-Moore**                                       Case No.   **23-40025**

Debtor(s)                                     Chapter   **13**

### NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on **March 10, 2025**, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date   **March 10, 2025**                          Signature   **/s/ Michelle Lee Biswell-Moore**

**Michelle Lee Biswell-Moore**

Debtor

Attorney   **/s/ Errin P. Stowell**

**Errin P. Stowell 70499**

**WM Law, PC**
**15095 West 116th Street**
**Olathe, KS 66062**
**(913) 422-0909**
**Fax: (913) 428-8549**
**stowell@wagonergroup.com**