**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION (KANSAS CITY)**

In re:

MICHELLE LEE BISWELL-MOORE

Debtor(s)

Case No. 23-40025-btf-13

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Richard V. Fink Trustee, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 01/09/2023.

2)  The plan was confirmed on 03/02/2023.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/11/2024.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 06/06/2023, 12/08/2023, 05/28/2024, 08/08/2024, 12/02/2024.

5)  The case was converted on 03/11/2025.

6)  Number of months from filing or conversion to last payment: 26.

7)  Number of months case was pending: 26.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $14,428.86.

10) Amount of unsecured claims discharged without full payment: $0.00.*

* The trustee has no knowledge of whether there are non-priority unsecured claim amounts included in this number that are statutorily non-dischargeable. The trustee makes no assertion in this Notice regarding eligibility for discharge, whether a discharge will be entered in this case or whether any individual debts will be discharged.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,310.00 |
| Less amount refunded to debtor | $658.76 |

**NET RECEIPTS:** **$8,651.24**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,080.89 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $545.35 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$2,626.24**

Attorney fees paid and disclosed by debtor:    $7.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 24/7 ADVANCE FINANCIAL | Unsecured | 2,500.00 | NA | NA | $0.00 | $0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 343.00 | 289.94 | 289.94 | $0.00 | $0.00 |
| CASHNETUSA | Unsecured | 1,500.00 | 2,968.35 | 2,968.35 | $0.00 | $0.00 |
| CHICAGO AUTO ACCEPTANCE CORP | Secured | 15,427.23 | 15,427.33 | 1,536.46 | $1,536.46 | $1,563.54 |
| CLEARLINE LOANS | Unsecured | 300.00 | NA | NA | $0.00 | $0.00 |
| CREDIT FIRST NA | Unsecured | 108.00 | 1,009.50 | 1,009.50 | $0.00 | $0.00 |
| EMONEYUSA HOLDINGS LLC | Unsecured | NA | 559.26 | 559.26 | $0.00 | $0.00 |
| FIRST ELECTRONIC BANK | Unsecured | 868.00 | 1,032.08 | 1,032.08 | $0.00 | $0.00 |
| GREEN LINE LOANS | Unsecured | 500.00 | NA | NA | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,156.00 | 1,156.28 | 1,156.28 | $0.00 | $0.00 |
| JOHN LOPEZ | Secured | 0.00 | NA | NA | $0.00 | $0.00 |
| KOHLS/CAPITAL ONE | Unsecured | 730.00 | NA | NA | $0.00 | $0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 521.30 | 521.30 | $0.00 | $0.00 |
| MEP KANSAS LLC | Unsecured | 217.00 | NA | NA | $0.00 | $0.00 |
| MERRICK BANK | Unsecured | 653.00 | 809.69 | 809.69 | $0.00 | $0.00 |
| MISSION LANE TAB BANK | Unsecured | 431.00 | NA | NA | $0.00 | $0.00 |
| NATIONAL CREDIT ADJUSTERS LLC | Unsecured | 500.00 | NA | NA | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 930.00 | 930.35 | 930.35 | $0.00 | $0.00 |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | 405.00 | 595.32 | 595.32 | $0.00 | $0.00 |
| REVVI | Unsecured | 119.00 | NA | NA | $0.00 | $0.00 |
| RISE CREDIT OF MISSOURI | Unsecured | 2,846.00 | NA | NA | $0.00 | $0.00 |
| SCOLOPAX LLC | Unsecured | 600.00 | 749.86 | 749.86 | $0.00 | $0.00 |
| SCOLOPAX LLC | Unsecured | NA | 762.34 | 762.34 | $0.00 | $0.00 |
| SCOLOPAX LLC | Unsecured | NA | 749.86 | 749.86 | $0.00 | $0.00 |
| SCOLOPAX LLC | Unsecured | NA | 600.00 | 600.00 | $0.00 | $0.00 |
| SCOLOPAX LLC | Unsecured | NA | 1,069.54 | 1,069.54 | $0.00 | $0.00 |
| SCOLOPAX LLC | Unsecured | NA | 4,115.80 | 4,115.80 | $0.00 | $0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SPEEDY CASH | Unsecured | 300.00 | NA | NA | $0.00 | $0.00 |
| TOTAL CARD INC | Unsecured | 300.00 | NA | NA | $0.00 | $0.00 |
| TOWER LOAN | Unsecured | 3,456.61 | NA | NA | $0.00 | $0.00 |
| US DEPT OF EDUCATION | Unsecured | 28,000.00 | NA | NA | $0.00 | $0.00 |
| WELLS FARGO BANK NA DBA | Secured | 11,233.64 | 11,396.02 | 11,396.02 | $1,600.22 | $1,324.78 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,932.48 | $3,136.68 | $2,888.32 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$12,932.48** | **$3,136.68** | **$2,888.32** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$17,919.47** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,626.24 |
| Disbursements to Creditors | $6,025.00 |
| **TOTAL DISBURSEMENTS** : | **$8,651.24** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/19/2025                                 By: /s/ Richard V. Fink Trustee
                                                                              Trustee


**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-13-FR-S (09/01/2009)**