**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

In Re:   MICHELLE LEE BISWELL-MOORE      )   CASE NO. 23-40025
                                        Debtor   )

**MOTION TO EXTEND TIME TO TO FILE CONVERSION SCHEDULES**

   **COMES NOW** Debtor, Michelle Biswell-Moore, by and through Counsel, and for this Motion to Extend Time states as follows:

1. On March 11, 2025, Debtor's case was converted from Chapter 13 to Chapter 7.

2. Conversion schedules are due on or before March 25, 2025.

3. Debtor and Counsel have been unable to meet to complete conversion schedules due to conflicts in scheduling.

4. Debtor and Counsel are scheduled to meet on March 29, 2025 to complete the schedules.

5. Debtor requests an additional seven (7) days in order to complete and file the conversion schedules.

   **WHEREFORE**, Debtor requests that this Court enter its order granting an extension of seven (7) days to file conversion schedules, thereby allowing them to be filed on or before April 1, 2025 and for such further relief this Court deems equitable and proper.


 Dated: March 25, 2025          Respectfully submitted,
                                WM Law

                                /s/ Errin P Stowell
                                Errin P Stowell MO 70499
                                15095 W. 116th St.
                                Olathe, KS 66062
                                Phone (913) 422-0909
                                Fax (913) 428-8549
                                stowell@wagonergroup.com
                                ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

   I, the undersigned, hereby certify that a true and correct copy of this pleading was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, on Tuesday, March 25, 2025.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

                                /s/ Errin P Stowell

1