**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

In Re:   MICHELLE LEE BISWELL-MOORE       )   CASE NO. 23-40025
                                        Debtor   )

**SECOND MOTION TO EXTEND TIME TO  FILE CONVERSION SCHEDULES**

     **COMES NOW** Debtor, Michelle Biswell-Moore, by and through Counsel, and for this Motion to Extend Time states as follows:

1.  On March 11, 2025, Debtor's case was converted from Chapter 13 to Chapter 7.

2.  Conversion schedules were due on or before March 25, 2025.

3.  Debtor and Counsel have difficulty scheduling an appointment to complete the paperwork due to conflicts in scheduling.

4.  Debtor requested and was granted an extension to April 1, 2025 to file conversion schedules, but was unable to meet with Counsel as scheduled due to illness.

5.  Debtor and Counsel are attempting to reschedule the appointment.

6.  Debtor requests an additional fourteen (14) days to complete and file the conversion schedules.

     **WHEREFORE**, Debtor requests that this Court enter its order granting an extension of fourteen (14) days to file conversion schedules, thereby allowing them to be filed on or before April 15, 2025 and for such further relief this Court deems equitable and proper.

Dated: April 1, 2025       Respectfully submitted,
                   WM Law

                   /s/ Errin P Stowell
                   Errin P Stowell MO 70499
                   15095 W. 116th St.
                   Olathe, KS 66062
                   Phone (913) 422-0909
                   Fax (913) 428-8549
                   stowell@wagonergroup.com
                   ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that a true and correct copy of this pleading was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, on Tuesday, April 01, 2025.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

                   /s/ Errin P Stowell

1